*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-11-00020-CV

**IN THE INTEREST OF M.D.**, et al, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-PA-00813
Honorable Olin B. Strauss, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  August 3, 2011

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was due on July 1, 2011, has not been filed.  On July 7, 2011, this court ordered appellant to show cause in writing by July 22, 2011, why this appeal should not be dismissed for want of prosecution.  Appellant did not respond.  The appeal is dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Costs of appeal are taxed against appellants.

PER CURIAM